WHITNEY C. WILCHER (SBN 7212)
wwilcher@hineshamptonllp.com
CHRISTINE M. EMANUELSON (SBN 10143)
cemanuelson@hineshamptonllp.com
**HINES HAMPTON, LLP**
400 South 4th Street, Suite 500
Las Vegas, Nevada 89101
Tel.: (702) 933-7829
Fax: (702) 974-1709

Attorneys for Defendant,
NATIONWIDE AGRIBUSINESS INSURANCE COMPANY


MICHAELA E. TRAMEL (SBN 9466)
michaela@richardharrislaw.com
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, NV 89101
Tel.: (702) 444-4444
Fax: (702) 444-4455

Attorneys for Plaintiffs,
EDWARD BRAATEN and ELDORA BRAATEN

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD BRAATEN; ELDORA BRAATEN,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, a Foreign Corporation; ROE BUSINESS ENTITIES 1 through 20, inclusive jointly and severally,<br><br>Defendants. | CASE NO.:<br>17−cv−00035−MMD−GWF<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

1
[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that pursuant to the settlement reached between the parties, the above-referenced action is hereby dismissed in its entirety with prejudice.

Each party shall bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: __November 29__, 2017

By: _____
MIRANDA M. DU
United States District Judge